**Order entered September 16, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00445-CV

## WHISHEIKA CHISSELL, Appellant

## V.

## PRESTONWOOD TRAILS, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-00533-C**

### ORDER

By letter dated June 19, 2020, we directed appellant to file, no later than June 29, 2020, written verification she had requested the reporter's record. Although we cautioned her that failure to do so could result in the appeal being submitted without the record, to date she has not complied. *See* TEX. R. APP. P. 37.3(c). Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we **ORDER** appellant to file her brief no later than October 16, 2020.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE